WALTON, TRUSTEE, Respondent, v. GENERAL MOTORS ACCEPTANCE CORP., Defendant, and WUERFEL, Appellant

(9 N. W.2d 269.)

(File No. 8556.   Opinion filed April 24, 1943.)

Rehearing Denied June 15, 1943.

**Dwight Campbell,** of Aberdeen, for Appellant.

**Max Stokes,** of Aberdeen, for Respondent.

PER CURIAM.   This is a companion case to Walton v. General Motors Acceptance Corportion, 69 S. D. 269, 9 N. W.2d 269.

The order appealed from is reversed and the trial court is directed to enter judgment dismissing complaint of the plaintiff and in favor of the defendant.

All the Judges concur.